HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
Brian Wallace

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:19-cr-00034 LJO-SKO |
| *Plaintiff,* | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER |
| Brian Wallace | |
| *Defendant.* | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Brian Wallace, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Wallace currently lives in the Sacramento area. He is under Pretrial Supervision and is in full compliance with all his conditions. Mr. Wallace works in the horse show industry and it is a financial hardship for Mr. Wallace to have to miss a day of work in order to travel to

Fresno for court.  Defense counsel is in constant contact with Mr. Wallace and has had no difficulties in communication with him.

DATED:  May 15, 2019        /s/ Brian Wallace
                            BRIAN WALLACE
                            Defendant
                            (Original Signature in File)


DATED:  May 15, 2019        /s/ Charles J. Lee
                            CHARLES J. LEE
                            Assistant Federal Defender
                            Attorneys for BRIAN WALLACE

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **May 15, 2019**                /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE