1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950

   Attorney for Defendant
   BRIAN WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00034-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRIAN WALLACE, | DATE: May 4, 2020<br>TIME: 2:00 p.m. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for February 3, 2020, before the Honorable Sheila K. Oberto, may be continued to May 4, 2020, at 2:00 p.m. for further status conference.

Defense counsel recently consulted with Mr. Wallace's immigration counsel.  Based on the information learned, counsel would now like to engage in substantive plea negotiations with the government.  Additionally, it is defense counsel's understanding this case will be reassigned in the United States Attorney Office and counsel will need additional time to have these discussions with the newly assigned attorney.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through May 4, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the

1  parties agree that this continuance is necessary for defense preparation and investigation
2  purposes and to permit time for the parties to engage in plea negotiations.

Respectfully submitted,
McGREGOR SCOTT
United States Attorney

DATED: January 29, 2020      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 29, 2020      /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
BRIAN WALLACE

# **O R D E R**

At the status conference on September 16, 2019, the Court set a further status conference on February 3, 2020, and informed the parties that they shall be prepared to set the case for trial at the next status conference. Notwithstanding the foregoing, the parties' stipulated request for a continuance of the status conference date from February 3, 2010, to May 4, 2020, is GRANTED to provide the parties additional time to achieve a mutually agreeable resolution of this matter.

If the parties are unable to resolve this matter, the parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated: **January 30, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE