1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRIAN WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00034-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRIAN WALLACE, | DATE:   September 8, 2020 TIME:    2:00 p.m. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for May 4, 2020, before the Honorable Sheila K. Oberto, may be continued to September 8, 2020, at 2:00 p.m. for further status conference.

Defense counsel has ongoing investigation and needs additional time for preparation in the defense of this case.  Defense was in the process of retaining the services of an expert witness when the COVID-19 pandemic interrupted those plans.  Additionally, defense counsel has consulted with Mr. Wallace's immigration attorney and would like a further opportunity to have plea resolution discussions with the government.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including September 8, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a

speedy trial. Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

                                              Respectfully submitted,
McGREGOR SCOTT
United States Attorney

DATED: April 29, 2020                    */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: April 29, 2020                    */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
BRIAN WALLACE


**O R D E R**

IT IS SO ORDERED.

Dated:  **April 29, 2020**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE