1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  BRIAN WALLACE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:19-cr-00034-NONE-SKO |
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
13 | vs. | |
14 | BRIAN WALLACE, | DATE:   December 7, 2020 TIME:   2:00 p.m. |
15 | Defendant. | JUDGE: Hon. Sheila K. Oberto |

17        IT IS HEREBY STIPULATED by and between the parties hereto, through their
18 respective counsel, that the status conference regarding the above-captioned matter now set for
19 September 8, 2020, before the Honorable Sheila K. Oberto, may be continued to December 7,
20 2020, at 2:00 p.m. for further status conference.
21        Defense counsel has made several additional discovery requests to the government on
22 this case.  The government has indicated it is in the process of providing the items to the defense
23 and defense anticipates needing a substantial amount of time to review the additional items,
24 which includes cell phone information.
25        The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded
26 through and including December 7, 2020 because there is good cause for the requested
27 continuance and the ends of justice outweigh the interest of the public and the defendant in a
28 speedy trial.  Specifically, the parties agree that this continuance is necessary for defense

preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

|  |  |
|---|---|
|  | Respectfully submitted,<br>McGREGOR SCOTT<br>United States Attorney |
| DATED:  August 17, 2020 | */s/ Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  August 17, 2020 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BRIAN WALLACE |

**O R D E R**

IT IS SO ORDERED.

Dated:  **August 17, 2020**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE