HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRIAN WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00034-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRIAN WALLACE, | DATE:   April 7, 2021 |
| Defendant. | TIME:    1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for December 16, 2020, before the Honorable Sheila K. Oberto, may be continued to April 7, 2021, at 1:00 p.m. for further status conference.

   The government recently provided defense counsel with some additional requested supplemental discovery and the parties remain in ongoing plea negotiations.

   The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including April 7, 2021, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

|  |  |
|--|--|
| | Respectfully submitted,<br>McGREGOR SCOTT<br>United States Attorney |
| DATED: December 7, 2020 | */s/ Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: December 7, 2020 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BRIAN WALLACE |

**O R D E R**

IT IS SO ORDERED.

Dated: **December 8, 2020**          /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE