HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRIAN WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00034-NONE-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRIAN WALLACE, | DATE:   June 16, 2021<br>TIME:    1:00 p.m. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for April 7, 2021, before the Honorable Sheila K. Oberto, may be continued to June 16, 2021, at 1:00 p.m. for further status conference.

Defense counsel has reached out to Mr. Wallace's immigration attorney on how potential resolution on his federal case may affect his immigration status.  The requested information is critical to Mr. Wallace making any informed decision regarding the instant case.  The parties remain in ongoing plea negotiations.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including June 16, 2021, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in further plea negotiations.

                                            Respectfully submitted,
                                            PHILLIP TALBERT
                                            Acting United States Attorney

DATED:  March 31, 2021                   */s/ Kimberly A. Sanchez*
                                            KIMBERLY A. SANCHEZ
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED:  March 31, 2021                   */s/ Charles J. Lee*
                                            CHARLES J. LEE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            BRIAN WALLACE

**O R D E R**

IT IS SO ORDERED.

Dated:  **April 1, 2021**                          /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE