PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WALLACE,<br><br>Defendant. | CASE NO. 1:19-CR-00034-JLT-SKO<br><br>STIPULATION REGARDING MOTION TO SUPPRESS HEARING AND BRIEFING SCHEDULE; ORDER<br><br>DATE: July 1, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
|---|---|

**BACKGROUND**

This case is set for status conference on August 3, 2022 and time is currently excluded. *See* Doc. No. 55. Prior to the status conference, this case is set for a hearing on a motion to suppress evidence on July 1, 2022. Counsel for defendant filed the motion to suppress evidence in accordance with a stipulated briefing schedule. Doc. No. 56. The government's response to the motion to suppress evidence is currently due May 20, 2022, and any reply is due June 3, 2022. Doc. No. 55.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties seek to continue the hearing on the motion to suppress evidence from July 1, 2022 to July 8, 2022.

2. Additionally, by this stipulation, the parties seek to modify the briefing schedule for the

STIPULATION REGARDING HEARING ON MOTION TO
SUPPRESS EVIDENCE; BRIEFING SCHEDULE

1

motion to suppress evidence as follows:

    a)    The government's opposition to the defendant's motion to suppress evidence shall be filed on June 10, 2022; and

    b)    Defendant's reply to the government's opposition, if any, shall be filed on June 24, 2022.

IT IS SO STIPULATED.

Dated:  May 19, 2022
        PHILLIP A. TALBERT
        United States Attorney

        /s/ LAURA JEAN BERGER
        LAURA JEAN BERGER
        Assistant United States Attorney

Dated:  May 19, 2022
        /s/ JAYA GUPTA
        JAYA GUPTA
        Counsel for Defendant
        BRIAN WALLACE

**ORDER**

IT IS SO ORDERED.

Dated:   **May 22, 2022**
        /s/ Jennifer L. Thurston
        UNITED STATES DISTRICT JUDGE