PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>BRIAN WALLACE,<br><br>                          Defendant. | CASE NO. 1:19-CR-00034-JLT-SKO<br><br>STIPULATION REGARDING STATUS CONFERENCE; ORDER<br><br>DATE: August 3, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**BACKGROUND**

This case is set for status conference on August 3, 2022, and time is currently excluded. *See* Doc. No. 55. Subsequent to the status conference, this case is set for a hearing on a motion to suppress evidence on August 5, 2022. Doc. No. 60. Counsel for defendant filed the motion to suppress evidence in accordance with a stipulated briefing schedule. Time is currently excluded via stipulation and order and reasons set forth therein through the date of the existing status conference, August 3, 2022. Doc. No. 55. Additionally, time is excluded due to the pendency of the motion to suppress evidence pursuant to 18 U.S.C. § 3161(h)(1)(D).

Accordingly, the parties are seeking to vacate the status conference scheduled for August 3, 2022.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and

through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties seek to vacate the status conference currently set for August 3, 2022.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  July 27, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ LAURA JEAN BERGER<br>LAURA JEAN BERGER<br>Assistant United States Attorney |
| Dated:  July 27, 2022 | /s/ JAYA GUPTA<br>JAYA GUPTA<br>Counsel for Defendant<br>BRIAN WALLACE |

## ORDER

IT IS SO ORDERED.

DATED: 7/28/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING STATUS CONFERENCE;
PROPOSED ORDER

2