1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:19-CR-00034-JLT-SKO
12 |                         Plaintiff,   | STIPULATION REGARDING MOTION TO
                                          | SUPPRESS HEARING; ORDER
13 |              v.
                                          | DATE: August 5, 2022
14 | BRIAN WALLACE,                       | TIME: 9:00 a.m.
                                          | COURT: Hon. Jennifer L. Thurston
15 |                         Defendant.

16

17                                  **BACKGROUND**

18         This case is set for a motion to suppress hearing on August 5, 2022. Counsel for the government

19 is unavailable due to a family emergency. Accordingly, the government is seeking to continue the

20 hearing; defense counsel does not oppose given the emergent circumstances.

21                                  **STIPULATION**

22         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

23 through defendant's counsel of record, hereby stipulate as follows:

24         The parties stipulate to continue the hearing on the motion to suppress evidence from August 5,

25 2022 to August 19, 2022.

26 ///

27 ///

28 ///

STIPULATION REGARDING HEARING ON MOTION TO             1
SUPPRESS EVIDENCE

IT IS SO STIPULATED.

Dated:  August 3, 2022	PHILLIP A. TALBERT
	United States Attorney

	/s/ ANTONIO J. PATACA
	ANTONIO J. PATACA
	Assistant United States Attorney

Dated:  August 3, 2022	/s/ JAYA GUPTA
	JAYA GUPTA
	Counsel for Defendant
	BRIAN WALLACE

**ORDER**

IT IS SO ORDERED.

Dated:  **August 3, 2022**

UNITED STATES DISTRICT JUDGE