1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | JAYA C. GUPTA, Bar #312138
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
4 | Telephone: 559-487-5561

5 | Attorney for Defendant
BRIAN WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00034-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION TO SUPPRESS HEARING |
| vs. | |
| BRIAN WALLACE, | DATE: October 7, 2022<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the motion to suppress hearing regarding the above-captioned matter now set for September 9, 2022, may be continued to October 7, 2022, at 9:00 a.m.

Defense counsel has an evidentiary hearing in *United States v. Edmund Kemprud* before the Honorable William B. Shubb, on September 9, 2022 as well a trial scheduled to begin on September 12, 2022 before this Court. The government has a conflict on September 23, 2022.

//

The Court has advised that October 7, 2022 is available for hearing on the Motion. Accordingly, the parties stipulate to re-set hearing on the Motion to October 7, 2022. Time was previously excluded until disposition of the Motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 25, 2022

*/s/ Jaya Gupta*
ERIN M. SNIDER
JAYA C. GUPTA
Assistant Federal Defenders
Attorney for Defendant
BRIAN WALLACE

PHILLIP TALBERT
United States Attorney

DATED: August 25, 2022

*/s/ Laura Jean Berger*
LAURA JEAN BERGER
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED that the hearing on the Motion to Suppress is re-set from September 9, 2022 at 9:00 a.m. to October 7, 2022 at **11:00 a.m.**

IT IS SO ORDERED.

Dated: **August 26, 2022**

UNITED STATES DISTRICT JUDGE

Wallace: Stipulation and [Proposed]
Order to Continue Status Conference

-2-