PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>          v.<br><br>BRIAN WALLACE,<br><br>                     Defendant. | CASE NO. 1:19-CR-00034-JLT-SKO<br><br>STIPULATION REGARDING MOTION TO SUPPRESS HEARING; ORDER<br><br>DATE: October 7, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**BACKGROUND**

This case is set for a motion to suppress hearing on October 7, 2022. The parties seek to continue the hearing on the motion to suppress and to exclude time.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a hearing on the motion to suppress evidence on October 7, 2022.

2. By this stipulation, the parties move to continue the hearing until November 10, 2022, and to exclude time from calculation under the Speedy Trial Act between October 7, 2022 and November 10, 2022, due to the pendency of the motion to suppress evidence and the ends of justice in a continuance.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the government and counsel for defendant are actively seeking to resolve the case.

   b) Counsel for defendant desires additional time to consult with her client regarding the motion hearing, the potential case resolution, and to otherwise prepare for the motion hearing and any eventual trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2022 to November 10, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial; and deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) due to the pendency of the motion to suppress evidence.

///
///
///
///
///
///
///
///
///

1    IT IS SO STIPULATED.

2

3

4    Dated:  October 7, 2022                    PHILLIP A. TALBERT
                                                 United States Attorney

5

6                                                /s/ LAURA JEAN BERGER
                                                 LAURA JEAN BERGER
7                                                Assistant United States Attorney

8

9    Dated:  October 7, 2022                    /s/ ERIN SNIDER
                                                 ERIN SNIDER
10                                               Counsel for Defendant
                                                 BRIAN WALLACE

11

12

13

14                              **ORDER**

15

16   IT IS SO ORDERED.

17      Dated:   **October 11, 2022**

18                                               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28