PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WALLACE,<br><br>Defendant. | CASE NO. 1:19-CR-00034-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUSION OF TIME; [PROPOSED] ORDER<br><br>DATE: November 10, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**BACKGROUND**

This case is set for a hearing on the motion to suppress evidence on November 10, 2022. The parties seek to vacate the hearing on the motion to suppress, set a change of plea hearing for December 16, 2022, and to exclude time to and through that date.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a hearing on the motion to suppress evidence on November 10, 2022.

2. By this stipulation, the parties move to vacate the hearing and to set a change of plea hearing on December 16, 2022, and to exclude time from calculation under the Speedy Trial Act between November 10, 2022 to and through December 16, 2022, inclusive.

STIPULATION REGARDING CONTINUANCE AND
EXCLUSION OF TIME

1

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the government and counsel for defendant are actively seeking to resolve the case.

   b) Counsel for defendant desires additional time to consult with her client regarding the potential case resolution including forthcoming plea agreement, and to otherwise prepare for any eventual trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 10, 2022 to December 16, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

///
///
///
///
///
///

Dated:  November 9, 2022                           PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ LAURA JEAN BERGER
                                                   LAURA JEAN BERGER
                                                   Assistant United States Attorney


Dated:  November 9, 2022                           /s/ ERIN SNIDER
                                                   ERIN SNIDER
                                                   Counsel for Defendant
                                                   BRIAN WALLACE


### [~~PROPOSED~~] ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 10, 2022**

UNITED STATES DISTRICT JUDGE